# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**DAVID JACKSON, #39640**                                                            **PLAINTIFF**

**VERSUS**                                                       **CIVIL ACTION NO.5:05cv92DCB-JCS**

**CORRECTIONS CORPORATION OF AMERICA**                  **DEFENDANT**

## FINAL JUDGMENT

     This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.  All pending motions are hereby terminated.

     SO ORDERED AND ADJUDGED, this the __24th__ day of March, 2006.

                                                s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE